ANDRÉ BIROTTE
United States Attorney
SANDRA R. BROWN                                                          JS-6
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
  300 N. Los Angeles Street
  Federal Building, Room 7211
  Los Angeles, CA  90012
         Telephone:   (213) 894-6551
         Fax:              (213) 894-0115
         E-mail:          andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff<br><br>     vs.<br><br>CHERYL COWLES-REED, RUSSELL H. COWLES, and MICHAEL L. COWLES<br>          Defendants | Case No.: CV 11-6084 JFW(MANx)<br><br>Judgment against Cheryl Cowles-Reed, Michael L. Cowles, and Russell H. Cowles |

Based on the Government's motion for summary judgment against Cheryl Cowles-Reed and Michael Cowles and for good cause shown as set forth in the Court's order dated June 7, 2012, and based on the Government's motion for default judgment against Russell H. Cowles and for good cause shown as set forth in the Court's order dated June 18, 2012, it is ordered that:

1

1.	Judgment under Rule 56 is entered in favor of the United States and against Cheryl Cowles-Reed in the amount of $416,615 plus post-judgment interest plus costs.

2.	Judgment under Rule 56 is entered in favor of the United States and against Michael Cowles in the amount of $463,819.64 as of May 31, 2011, plus statutory accruals including pre-judgment and post-judgment interest plus costs.

3.	Judgment under Rule 55 is entered in favor of the United States and against Russell Cowles in the amount of $463,819.64 as of May 31, 2011, plus statutory accruals including pre-judgment and post-judgment interest plus costs.

4.	The liabilities set forth above are joint and several except that Cheryl Cowles-Reed's maximum liability shall not exceed the amount set forth in paragraph 1.

5.	Each party shall bear their own attorneys fees.

6.	Costs as referred to above mean those set forth in Local Rule 54-4.

IT IS SO ORDERED.

Dated:  June 22, 2012

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2